UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

THUNDER BASIN COAL COMPANY, L.L.C. )
                                                )
      Plaintiff, )
                                                )
v. )
                                                ) Case No. 4:12-CV-00231CDP
ZURICH AMERICAN INSURANCE )
COMPANY, et al., )
                                                )
      Defendants. )

## STIPULATION OF DISMISSAL

COMES  NOW Plaintiff Thunder Basin Coal Company L.L.C. ("Thunder Basin") and Defendant Zurich American Insurance Company ("Zurich") and Defendant National Union Insurance Company of Pittsburgh, PA ("National Union") and advises the Court that all matters in controversy in this case as between Plaintiff and these Defendants have been resolved.  It is hereby stipulated by and between Thunder Basin, Zurich, and National Union that Plaintiff's claims and causes of action herein as to Defendants Zurich and National Union only may be dismissed with prejudice.

Respectfully submitted,

BRYAN CAVE, LLP

By:    /s/ Dennis E. O'Connell
Dennis E. O'Connell, No. 21037MO
Laura J. Spencer, No. 61645MO
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Phone
(314) 259-2020 Fax
Attorneys for Plaintiff
Thunder Basin Coal Company L.L.C.

BATES CAREY NICOLAIDES LLP

By:    /s/  Charles A. Hafner
Matthew J. Fink (pro hac vice)
Charles A. Hafner (pro hac vice)
191 North Wacker Drive, Suite 2400
Chicago, IL 60606
(312) 762-3100 Phone
(312) 762-3200 Fax
Attorneys for Defendant National Union
Insurance Company of Pittsburgh, PA

4213732.1

KUTAK ROCK LLP

By:    /s/ Larry D. Fields
Bradley J. Baumart, No. 28098MO
Larry D. Fields, No. 39426MO (pro hac vice)
1010 Grand Blvd., Suite 500
Kansas City, MO  64106
(816) 960-0090 Phone
(816) 960-0041 Fax
Attorneys for Defendant
Zurich American Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed this day, November 19, 2013, with the Clerk of the U.S. District Court of the Eastern District of Missouri by using the CM/ECF system, and was transmitted to all counsel of record in this case.


/s/ Dennis E. O'Connell
Attorney for Plaintiff