UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| THUNDER BASIN COAL COMPANY, L.L.C. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 4:12-CV-00231CDP |
| ZURICH AMERICAN INSURANCE COMPANY, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

COME NOW Plaintiff Thunder Basin Coal Company L.L.C. ("Thunder Basin") and Defendants The Travelers Indemnity Company of America and The Travelers Property and Casualty Company of America (collectively, the "Travelers Defendants") and advise the Court that all remaining matters in controversy in this case between Thunder Basin and the Travelers Defendants have been resolved.  It is  hereby stipulated by and between Thunder Basin and the Travelers Defendants that Thunder Basin's claims and causes of action against the Travelers Defendants may be dismissed with prejudice with each party to bear its own costs.

4213732.1

Respectfully submitted,

BRYAN CAVE, LLP


BY: */S/ Laura J. Spencer*
Dennis E. O'Connell, No. 21037MO
Laura J. Spencer, No. 61645MO
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 (Phone)
(314) 259-2020 (Fax)
deoconnell@bryancave.com
laura.spencer@bryancave.com

*Attorneys for Plaintiff Thunder Basin Coal Company L.L.C.*

          ARMSTRONG TEASDALE LLP

BY:   /s/ *Laurence R. Tucker*
     Jonathan R. Shulan, #65426MO
     7700 Forsyth Blvd., Suite 1800
     Saint Louis, Missouri 63105
     314.621.5070
     314.612.2322 (facsimile)
     jshulan@armstrongteasdale.com

     Laurence R. Tucker, *Pro Hac Vice*
     2345 Grand Boulevard, Suite 1500
     Kansas City, Missouri 64108-2617
     816.221.3420
     816.221.0786 (facsimile)
     lrtucker@armstrongteasdale.com

*Attorney for The Travelers Indemnity Company Of America And The Travelers Property And Casualty Company Of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2014, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system.

          /s/ *Laura J. Spencer*